### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| AMANDA E. JACKSON | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.  1:22-cv-672 |
| v. | : | Judge Michael R. Barrett |
| | : | |
| | : | |
| EPIQ SYSTEMS, INC., et al. | : | **STIPULATED ORDER OF DISMISSAL** |
| | : | **OF PLAINTIFF'S CLAIMS AGAINST** |
| Defendants. | : | **EPIQ** |
| | : | |
| | : | |
| | : | |

---

Plaintiff Amanda E. Jackson ("Plaintiff") and Defendant Epiq Systems, Inc. ("Epiq"), pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate that all claims made by Plaintiff against Epiq in this matter are hereby dismissed with prejudice with Plaintiff and Epiq to bear their own attorney's fees and costs.

**Stipulated and Agreed by:**

*s/ Elizabeth S. Tuck (email consent 7.7.23)*          *s/ Donald C. Bulea*
Elizabeth S. Tuck (0076542)                                       Donald C. Bulea (0084158)
The Tuck Firm LLC                                                     Ogletree Deakins, PLLC
810 Sycamore St. 4th Floor                                        34977 Woodward Avenue, Suite 300
Cincinnati, OH  45202                                              Birmingham, MI 48009
T: 513.545.6781                                                       T: 248.593.6400
lisa@tuckfirm.com                                                   donald.bulea@ogletree.com
*Counsel for Plaintiff Amanda Jackson*                  *Counsel for Defendant Epiq Systems, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 10, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt or served on counsel via email.  Parties may access this filing through the Court's system.

 *s/ Donald C. Bulea*
Donald C. Bulea
*Counsel for Defendant Epiq Systems, Inc.*

**EXHIBIT 1**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| AMANDA E. JACKSON | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.  1:22-cv-672 |
| v. | : | Judge Michael R. Barrett |
| | : | |
| | : | |
| EPIQ SYSTEMS, INC., et al. | : | **ORDER OF DISMISSAL OF** |
| | : | **PLAINTIFF'S CLAIMS AGAINST** |
| Defendants. | : | **EPIQ** |

---

The Court hereby being fully aware that Plaintiff Amanda E. Jackson ("Plaintiff") and Defendant Epiq Systems, Inc. ("Epiq"), pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulated that all claims made by Plaintiff against Epiq in this matter be dismissed with prejudice with Plaintiff and Epiq to bear their own attorney's fees and costs;

Accordingly, **IT IS SO ORDERED.**

_____
Judge Michael R. Barrett
United States District Judge

57196444.v1-OGLETREE